UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| GISSEL CASTANO DIAZ, | Case No.: 2:20-cv-11335 TJH (JPRx) |
|---|---|
| Plaintiff, | **ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE [JS-6]** |
| v. | |
| COUNTY OF SANTA BARBARA, ET AL., | |
| Defendants. | Judge: Hon. Terry J. Hatter, Jr. Courtroom: 9B, First St. Courthouse |

Pursuant to stipulation of the parties, AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: FEBRUARY 7, 2023   _Terry J. Hatter, Jr._

UNITED STATES DISTRICT JUDGE
Honorable Terry J. Hatter, Jr.

1.